UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANDERSEN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GRISWOLD INTERNATIONAL, LLC, et al.,<br><br>    Defendants. | Case No.  14-cv-02560-EDL<br><br>**ORDER RE PLAINTIFFS' 3/24/15 LETTER**<br><br>Re: Dkt. No. 74 |

On March 24, 2015, Plaintiffs filed a letter attaching a copy of the Ninth Circuit's decision in Picot v. Weston, 14-2765 (Mar. 19, 2015), and arguing that the decision bears on Defendants' pending motion to dismiss. (Dkt. 58.) Plaintiffs' letter violates Civil Local Rule 7-3(d)(1), which allows counsel to file a statement of recent decision but prohibits counsel from making argument in connection with such a statement.  Accordingly, the Court will consider the Picot decision but not the analysis contained in Plaintiffs' letter.

**IT IS SO ORDERED.**

Dated: March 25, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge